IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID H. DUPREE | : |
| | : |
|   Plaintiff | : |
| | : |
| v. | : Civil Action 07-00626 (HHK) |
| | : |
| ENTERPRISE LEASING COMPANY | : |
| A MARYLAND CORPORATION, et al. | : |
| | : |
|   Defendants | : |

## **ANSWER**

    COMES NOW the defendant, ENTERPRISE LEASING COMPANY A MARYLAND CORPORATION ("Enterprise"), by and through its attorneys, O'Connell, O'Connell & Francuzenko, LLC, and for its Answer to the Complaint filed herein against it states as follows:

    1.  Enterprise denies the allegations in paragraph 1 of the Complaint.

    2.  Enterprise is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 of the Complaint.

    3.  Enterprise denies the allegations in paragraph 3 of the Complaint.

    4.  Enterprise denies the allegations in paragraph 4 of the Complaint.

    5.  Enterprise admits the allegations in paragraph 5 and 6 of the Complaint.

    6.  Enterprise denies the allegations in paragraph 7 of the Complaint.

    7.  Enterprise is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 8 - 19 of the Complaint.

    8.  In response to paragraph 20 of the Complaint, Enterprise incorporates by reference its responses to paragraphs 1 - 19 of the Complaint.

    9.  Enterprise denies the allegations in paragraphs 21 - 23 of the Complaint.

    10.  In response to paragraph 24 of the Complaint, Enterprise incorporates by reference its responses to paragraphs 1 - 23 of the Complaint.

11. Enterprise is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 25 - 32 of the Complaint.

12. Enterprise denies the allegations in paragraphs 1 - 6 which follow paragraph 32 of the Complaint.

### FIRST DEFENSE

The Complaint fails to state a cause of action upon which relief can be granted.

### SECOND DEFENSE

The defendant denies all allegations of negligence alleged against it in the Complaint and is without knowledge or information sufficient to form a belief as to the remaining allegations.

WHEREFORE, all allegations not specifically admitted are hereby specifically denied.

### THIRD DEFENSE

The defendant affirmatively raises the defense of contributory negligence.

### FOURTH DEFENSE

The defendant affirmatively raises the defense of assumption of risk.

### FIFTH DEFENSE

Plaintiff is not entitled to the relief sought.

### SIXTH DEFENSE

Plaintiff's injuries and damages, if any, result from the actions, inactions and/or negligence of other parties or a third person or entity not party to this lawsuit.

### SEVENTH DEFENSE

The medical condition of plaintiff pre-existed the incident in question or arose as a result of incidents subsequent thereto.

### EIGHTH DEFENSE

Plaintiff failed to mitigate damages.

## **NINTH DEFENSE**

The defendant denies each and every allegation in the Complaint which is not otherwise admitted herein.  Specifically, the defendant denies all allegations in paragraphs 2-4 of the Complaint.  The allegations in Paragraph 1 are jurisdictional in nature and are addressed in defendant's ninth defense above.

WHEREFORE, having fully Answered, the defendant prays that the Complaint be dismissed with costs and appropriate fees awarded.

Respectfully submitted,

O'CONNELL, O'CONNELL & FRANCUZENKO, LLC


_____/s/_____
Terence J. O'Connell   367054
401 East Jefferson Street
Suite 204
Rockville, Maryland  20850
(301)  424-2300
Attorney for Enterprise Leasing Company
         a Maryland Corporation



## **JURY DEMAND**

The defendant demands a trial by jury as to all issues.


_____/s/_____
Terence J. O'Connell

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Answer was mailed, first-class, postage prepaid this 17th day of April, 2007 to David H. Dupree, 3837 Bonnie View, Knoxville, TN 37914 and John A. McCauley, Esq., Two Hopkins Plaza, Suite 1800, Baltimore, MD 21201.


_____/s/_____
Terence J. O'Connell