IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID H. DUPREE | : |
| | : |
|     Plaintiff | : |
| | : |
| v. | : Civil Action 07-00626 (HHK) |
| | : |
| ENTERPRISE LEASING COMPANY | : |
| A MARYLAND CORPORATION, et al. | : |
| | : |
|     Defendants | : |

## DISCOVERY CONFERENCE REPORT

All parties to the above-captioned case, by undersigned counsel, respectfully submit this discovery conference report in accordance with Local Rule 16.3 and Federal Rule 26.

On May 8, 2007, plaintiff and counsel for defendants conferred concerning each of the matters set forth in Local Rule 16.3(c). In accordance with Local Rule 16.3(d), this written report outlines the parties' proposed discovery plan and the agreements reached concerning the matters set forth in Local Rule 16.3(c). Additionally, the parties jointly submit with this report a proposed scheduling order, agreed to by all parties, for the court's consideration.

Brief Statement of the Case:

This case arises out of a single vehicle accident which occurred on February 24, 2006. Plaintiff was operating a Ford E-150 cargo van which he had rented one week earlier in Washington, D.C. from Enterprise Leasing Company a Maryland Corporation. Traveling north on Interstate 81 in Virginia, plaintiff exited the highway at Route 11. Plaintiff alleges that he applied pressure on the vehicle brakes but that the brakes did not

work properly. He proceeded through a stop sign, across a roadway and into a ditch, coming to a stop against a tree. He claims to have sustained personal injuries as a result. He further alleges that defendant Enterprise Leasing Company a Maryland Corporation was negligent in failing to properly maintain the vehicle. He alleges that defendant Ford Motor Company was negligent in failing to exercise due care with regard to the braking system of its vehicle and with regard to the vehicle's propensity to catch on fire. Defendants deny all such allegations.

Local Rule 16.3 Discovery Issues:

1. The parties agree that Local Rule 16(c)(1), regarding preliminary dispositive motions, is not applicable as the defendants have answered the Complaint and no motions are pending.

2. The parties agree that any other parties shall be joined or the pleadings amended within 60 days after the initial scheduling conference, or August 26, 2007.

3. The parties agree that the case should not be assigned to a magistrate judge.

4. The parties agree that it is too early to determine whether there is a realistic possibility of settling the case.

5. The parties agree that it is too early to determine whether the case will benefit from the Court's Alternative Dispute Resolution (ADR) procedures but all are amenable to participation in mediation at or near the conclusion of discovery.

6. The parties have included in their proposed scheduling order a deadline (January 30, 2008) for the filing of dispositive motions.

7. The parties agree to provide the initial disclosures required by Rule 26(a)(1).

8. The parties have included in their proposed scheduling order a deadline (December 30, 2007) for the completion of discovery and are in agreement that there is no need at this time to place limitations on discovery or to issue a protective order.

9. The parties agree that there is no reason to modify the requirements set forth in Rule 26(a)(2) with regard to exchange of expert witness reports. The parties agree as well that depositions of experts should occur prior to conclusion of discovery.

10. This case does not involve a class action.

11. The parties agree that trial and/or discovery should not be bifurcated or managed in phases.

12. The parties have included in their proposed scheduling order a suggested date (April 30, 2008) for pretrial conference.

13. The parties agree that trial should be scheduled at the pretrial conference.

                Respectfully submitted,

                /s/ David H. Dupree
                David H. Dupree, Esq.,
                3837 Bonnie View
                Knoxville, TN  37914
                (240) 305-8483
                Pro Se Plaintiff

O'CONNELL, O'CONNELL &
 FRANCUZENKO, LLC


___/s/ Terence J. O'Connell_____
Terence J. O'Connell     367054
401 E. Jefferson Street
Suite 204
Rockville, Maryland  20850
(301) 424-2300
Attorneys for Enterprise Leasing Company
  a Maryland Corporation

VENABLE, LLP


___/s/ John A. McCauley_____
John A. McCauley     460217
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland  21201
(410) 244-7400
Attorneys for Ford Motor Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Discovery Conference Report with proposed Scheduling Order was mailed, first-class, postage prepaid this 10th day of May, 2007 to David H. Dupree, 3837 Bonnie View, Knoxville, Tennessee 37914 and John A. McCauley, Esq., Two Hopkins Plaza, Suite 1800, Baltimore, Maryland 21201.


   /s/ Terence J. O'Connell
Terence J. O'Connell

Case 1:07-cv-00626-HHK    Document 5    Filed 05/10/2007    Page 6 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID H. DUPREE | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action 07-00626 (HHK) |
| | : | |
| ENTERPRISE LEASING COMPANY | : | |
| A MARYLAND CORPORATION, et al. | : | |
| | : | |
| Defendants | : | |

## SCHEDULING ORDER

| | |
|---|---|
| Amendment of Pleadings/Parties | 08/26/07 |
| Plaintiff's Rule 26(a)(2) Disclosures | 09/30/07 |
| Defendants' Rule 26(a)(2) Disclosures | 11/15/07 |
| Discovery Closed | 12/30/07 |
| Motions for Summary Judgment | 01/30/08 |
| Pretrial Conference | 04/30/08 |

_____
Judge Henry H. Kennedy

Copies to:

David H. Dupree
3837 Bonnie View
Knoxville, Tennessee  37914

Terence J. O'Connell, Esq.
401 E. Jefferson Street, Suite 204
Rockville, Maryland  20850

John A. McCauley, Esq.
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland  21201