IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID H. DUPREE | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 07-00626 |
| ENTERPRISE LEASING COMPANY | | Judge Henry H. Kennedy |
| A MARYLAND CORPORATION, et al. | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**FORD MOTOR COMPANY'S LOCAL RULE 7.1
DISCLOSURE OF CORPORATION AFFILIATIONS
AND FINANCIAL INTERESTS**

Defendant, Ford Motor Company ("Ford"), by and through undersigned counsel, submits this Certificate required by Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, and states as follows:

I, the undersigned, counsel of record for Ford Motor Company ("Ford"), certify that to the best of my knowledge and belief, the following are affiliates of Ford which have outstanding securities in the hands of the public.

None to counsel's knowledge, except the Court should be aware that Ford Motor Credit Corporation, a subsidiary of Ford Motor Company, extends credit to the public.

These representations are made in order that judges of this Court may determine the need for recusal.

_____/s/_____
John A. McCauley (D.C. Bar No. 460217
           Federal Bar No. 05031)
Venable LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland  21201
(410) 244-7400
Attorneys for Defendant,
*Ford Motor Company*

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of May, 2007, a copy of Ford Motor Company's Local Rule 7.1 Disclosure of Affiliations and Financial Interest was mailed, first class, postage pre-paid to:

>David H. Dupree, Esq.
>3837 Bonnie View
>Knoxville, Tennessee  37914
>(240) 305-8483
>
>Plaintiff, *Pro Se*

_____/s/_____
John A. McCauley