UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID H. DUPREE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENTERPRISE LEASING COMPANY<br>A MARYLAND CORPORATION,<br><br>　　and<br><br>FORD MOTOR COMPANY,<br><br>　　　　　Defendants. | Civil Action 07-00626 (HHK) |

ORDER REFERRING ACTION TO A
UNITED STATES MAGISTRATE JUDGE
FOR THE PURPOSE OF MEDIATION

It is this 2nd day of July, 2007, hereby

**ORDERED** that the above captioned case be and is hereby referred to United States Magistrate Judge Deborah A. Robinson for the purpose of conducting mediation proceedings, which shall take place between October 15, 2007, and December 15, 2007.  The parties are to jointly contact the assigned Magistrate Judge in order to schedule the proceedings.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge