PRAECIPE

# United States District Court
# for the District of Columbia

**FILED**

OCT 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the ___23d___ day of ___October___ 19___2007___

Dupree
                    vs.
Enterprise Leasing Company, et al

Civil / Criminal
Action No. _1:07-cv-000626_

The Clerk of said Court will _note that the parties have agreed in principle to a settlement of this action, the terms of which will be set forth in a Release Agreement to be signed by Plaintiff and Plaintiff's spouse, and a stipulation of dismissal with prejudice._

Oct. 23, 2007
**Date**

**Signature**
John Cauley, Atty for Ford Motor Co.
Pro Se Plaintiff
Terence O'Neill, Atty for Enterprise

**Print Name**
JOHN A. McCAULEY
DAVID N. DUPREE
Terence J. O'Connell

**Address**
See Court file

**City**          **State**          **Zip Code**

**Phone Number**

BAR IDENTIFICATION NO.

**CERTIFICATE OF SERVICE**