UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID H. DUPREE,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**ENTERPRISE LEASING COMPANY**<br>**A MARYLAND CORPORATION,**<br><br>        and<br><br>**FORD MOTOR COMPANY,**<br><br>        **Defendants.** | Civil Action 07-00626 (HHK) |

**ORDER**

On October 23, 2007, by a filed praecipe, the parties informed this court that they have reached a settlement.

Accordingly, it is this 9th th day of November, 2007, hereby

**ORDERED** that this case shall be **DISMISSED WITHOUT PREJUDICE** for thirty days to permit the parties to finalize their settlement; and it is further

**ORDERED** that the Clerk of the Court shall accept and file a praecipe that is filed within thirty days of the docketing of this order that dismisses this case with prejudice upon the signing of the praecipe by this court; and it is further

**ORDERED** that either party may file a praecipe with the Clerk of the Court within thirty days from entry of this Order to reinstate this case; and it is further

**ORDERED** that if neither party moves to reopen this case within thirty days, it shall be **DISMISSED WITH PREJUDICE** without further order of the court.

Henry H. Kennedy, Jr.<br>
United States District Judge