UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAVID H. DUPREE  :

    PLAINTIFF  :  Civil Action No. 07-00626
v.  :  Judge Henry H. Kennedy
    :
ENTERPRISE LEASING COMPANY  :
A MARYLAND CORPORATION et. al.  :
    DEFENDANTS  :

### PRAECIPE

Comes now the Plaintiff, David H. Dupree, pro se and respectfully requests the clerk of the court to please dismiss the complaint with prejudice as to both Defendants, Enterprise Leasing Company and Ford Motor Company.

Respectfully submitted,

_____
David H. Dupree, pro se
3837 Bonnie View
Knoxville, TN  37914
(240) 305-8483

### CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the foregoing Praecipe of Plaintiff was mailed this the \_\_13\_\_ day of \_\_November\_\_, 2007, first class postage prepaid to James McCauley, Venable, LLP, Two Hopkins, Plaza, Suite 1800, Baltimore, MD 21201-2978, Terence O'Connell, O'Connell, O'Connell & Francuzenko, LLC, 401 East Jefferson Street, Suite 204, Rockville, MD 20850 and to the Clerk of the Court, U.S.District Court for the District of Columbia, 333 Constitution Ave. NW, Washington, DC 20001.